UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE ANTONIO GARCIA LOPEZ, (A-Number: 240-174-836),

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY,

Respondent.

No. 1:26-cv-09251-KES-EPG (HC)

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING BOND HEARING WITHIN FOURTEEN (14) DAYS**

Doc. 1

Petitioner Jose Antonio Garcia Lopez ("petitioner" or "Lopez") is an immigration detainee proceeding pro se with a petition for writ of habeas corpus and a motion for a temporary restraining order. Docs. 1, 4. Respondent concedes that Diaz's detention "is governed by 8 U.S.C. § 1226(a)." Doc. 9 at 1. Respondent notes that the Department of Homeland Security "provided notice of available custody-review procedures and [Lopez] invoked those procedures by requesting review before an Immigration Judge." *Id.* at 2; Doc. 9-2 at 1. Respondent does not claim though, and its submitted records do not reflect, that Lopez received a custody redetermination hearing. *See* Doc. 9 at 2. By filing the instant petition, Lopez is affirmatively seeking a custody redetermination hearing.

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondent is ORDERED to provide petitioner Jose Antonio Garcia Lopez (A-Number: 240-174-836) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing

regulations within fourteen (14) days of the issuance of this Order. Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondent may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondent does not provide petitioner with a bond hearing within fourteen (14) days, then respondent must release him.[1]

The Clerk of Clerk is directed to close this case, terminate all pending motions as moot, and to serve the Central Valley Annex Detention Facility with a copy of this Order.

IT IS SO ORDERED.

Dated: November 22, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondent may detain petitioner in the event he becomes subject to an executable final order of removal.